JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT AMINIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC; et al., <br><br> Defendants. | Case No. 2:24-cv-10579-MRA-MAR <br><br> *Hon. Judge Mónica Ramírez Almadani* <br><br> **JUDGMENT** |

For the reasons stated in the Court's Order Granting Defendant FCA US, LLC's Motion for Judgment on the Pleadings (Docket. No. 19), judgment is hereby entered in favor of Defendant FCA US, LLC and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 1, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE